UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL DOHERTY,                                    CASE NO: 6:21-cv-1442-CEM-LRH

    Plaintiff,

vs.

LYFT FLORIDA, INC.,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, MICHAEL DOHERTY and Defendant, LYFT FLORIDA, INC., by and through

their undersigned counsel, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure

hereby gives notice to the Court and all parties that this matter is dismissed without prejudice.

Respectfully Submitted,

| | |
|---|---|
| */s/ Richard S. Dellinger* | */s/ LaShawnda Jackson* |
| Richard S. Dellinger | LASHAWNDA K. JACKSON |
| Florida Bar No.: 0179957 | Florida Bar No.: 0594482 |
| Dan Newlin Injury Attorneys | E-mail: ljackson@rumberger.com |
| 7335 W. Sand Lake Road, Suite 300 | RUMBERGER, KIRK, & CALDWELL, P.A. |
| Orlando, FL 32819 | 300 South Orange Avenue, Suite 1400 |
| Phone/Fax: (407) 203-0945/ (863) 225-9849 | Orlando, Florida 32801 |
| Attorneys for Plaintiff | Tel: 407.872.7300 |
| PRINCIPAL EMAIL ADDRESS: | Fax: 407.841.2133 |
| Dellinger.Pleadings@newlinlaw.com | **Counsel for Defendant LYFT** |
| Personal Email Address: | |
| Richard.Dellinger@newlinlaw.com | */s/ Roland A. Hermida* |
| SECONDARY EMAIL ADDRESS: | Roland A. Hermida, II, Esq. |
| Adrine.Katvalyan@newlinlaw.com | Florida Bar No.: 44145 |
| | BANKER LOPEZ GASSLER P.A. |

501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Service-rhermida@bankerlopez.com
Phone: (813) 222-1126
Fax: (813) 222-3066
**Attorneys for Almond Henthorn**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2022, I electronically filed the foregoing with the Clerk of Courts, using the Case Management/ Electronic Case Files (CM/ ECF) system, which will send notification of electronic filing to all parties registered with the CM/ ECF system.

*/s/ Richard S. Dellinger*

Richard S. Dellinger